EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Comité de Revisión del Manual de Instrucciones al Jurado | 2018 TSPR 15<br><br>199 DPR ____ |

Número del Caso: EM-2018-03

Fecha: 5 de febrero de 2018

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Comité de Revisión del Manual      EM-2018-03      Exoneración de los
  de Instrucciones al Jurado                                 requisitos de
                                                educación jurídica
                                                continua

RESOLUCIÓN

En San Juan, Puerto Rico, a 5 de febrero de 2018.

El 3 de marzo de 2017, mediante la Resolución EC-2017-02, se reactivó el Comité para la Revisión del Manual de Instrucciones al Jurado (el Comité), con el propósito de actualizar el Proyecto del Libro de Instrucciones al Jurado, presentado en septiembre de 2008, conforme al ordenamiento penal vigente. En tal resolución, se otorgó un año para cumplir con esta encomienda. In re Comité Rev. Manual Jurado, 197 DPR 532 (2017). Posteriormente, se concedió un plazo adicional hasta el 4 de marzo de 2019 para que el Comité descargue su encomienda. In re Comité Rev. Manual Jurado, EC-2017-02, Resolución de 29 de diciembre de 2017, 2017 TSPR 207, 199 DPR ___ (2017).

El 13 de julio de 2017, el Comité, por conducto de varios de sus miembros, presentó una petición de exoneración de los requisitos de educación jurídica continua en concordancia con la Regla 4(C)(8)(g) del Reglamento del Programa de Educación Jurídica Continua. In re Aprobación Reglamento PEJC, 2017 TSPR 91, 198 DPR ___ (2017). La petición se fundamentó en la naturaleza de los trabajos delegados que exige de sus miembros un estudio minucioso de la normativa jurídica vigente en materia penal, tanto a nivel sustantivo como procesal, del ordenamiento probatorio, y la

elaboración de apuntes jurídicos y propuestas. Se afirmó, asimismo, que la encomienda ha requerido descargar un plan de trabajo riguroso y extenso y celebrar múltiples reuniones en las cuales sus miembros rinden sus servicios *ad honorem*.

Examinada la petición presentada, y en reconocimiento del compromiso y la dedicación en la investigación, análisis y redacción del proyecto ante su consideración, se le concede a los y las miembros del Comité una exoneración del requisito de educación jurídica continua mientras dure su designación. Se instruye a la directora del Secretariado de la Conferencia Judicial y Notarial a notificar al director del Programa de Educación Jurídica Continua cuando cesen las funciones del Comité.

Notifíquese por correo electrónico al director del Programa de Educación Jurídica Continua, a la directora del Secretariado de la Conferencia Judicial y Notarial, y a los y las miembros del Comité.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


                              Juan Ernesto Dávila Rivera
                              Secretario del Tribunal Supremo